**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Lakeshia Butler, as Personal Representative of the Estate of Lason Butler,<br><br>    Plaintiff,<br><br>  vs.<br><br>Richland County; Shane Kitchen, in his individual and official capacities; Maurice Callahan, in his individual capacity; Lance Coleman, in his individual capacity; Curtis Bufford, in his individual capacity; Kevin McCollough, in his individual capacity; and Filipe Milhouse, in his individual capacity,<br><br>    Defendants. | C/A#: 8:22-cv-02541-RMG<br><br><br>**NOTICE OF APPEAL OF DEFENDANTS FILIPE MILHOUSE, LANCE COLEMAN, AND SHANE KITCHEN IN THEIR INDIVIDUAL CAPACITIES** |

Notice is hereby given that Defendants Filipe Milhouse ("Defendant "Milhouse"), Lance Coleman ("Defendant Coleman"), and Shane Kitchen ("Defendant Kitchen"), each in their individual capacities, hereby respectfully appeal to the United States Court of Appeals for the Fourth Circuit from the Order of the Honorable Richard M. Gergel entered on March 24, 2025 (ECF 106) (the "District Court's Order"). Specifically, Defendant Milhouse appeals from the District Court's Order denying that portion of Defendants' Motion for Summary Judgment (ECF 81) which denied qualified immunity to Defendant Milhouse as to Plaintiff's claim for deliberate indifference to Lason Butler's ("Butler") medical needs brought pursuant to 42 U.S.C. § 1983 ("Section 1983"); Defendant Coleman appeals from the District Court's Order denying that portion of Defendants' Motion for Summary Judgment which denied qualified immunity to Defendant Coleman as to Plaintiff's claim for deliberate indifference to Butler based on his conditions of confinement brought pursuant to Section 1983; and Defendant Kitchen appeals from the District

1

Court's Order denying that portion of Defendants' Motion for Summary Judgment which denied qualified immunity to Defendant Kitchen as to Plaintiff's claim for deliberate indifference to Butler based on his conditions of confinement brought pursuant to Section 1983.

Respectfully Submitted,

s/*A. Johnston Cox*_____
John T. Lay, Jr., Fed Bar No. 5539
A. Johnston Cox, Fed Bar No. 6534
Lindsay A. Joyner, Fed Bar No. 11557
J. Clayton Mitchell, III, Fed Bar No. 11739
Eleanor L. Jones, Fed Bar No. 13437
**GALLIVAN, WHITE & BOYD, P.A.**
1201 Main Street, Suite 1200 (29201)
Post Office Box 7368
Columbia, South Carolina 29202
(803) 779-1833
jlay@gwblawfirm.com
jcox@gwblawfirm.com
ljoyner@gwblawfirm.com
cmitchell@gwblawfirm.com
ejones@gwblawfirm.com

Danny Calvert Crowe, Fed. Bar No. 367
Robert David Garfield, Fed. Bar No. 7799
Steven R. Spreeuwers, Fed. Bar No. 11766
Crowe LaFave, LLC
PO Box 1149
Columbia, SC 29202
(803) 399-9970
danny@crowelafave.com
robert@crowelafave.com
steve@crowelafave.com

*Attorneys for Defendants/Appellants*

April 21, 2025
Columbia, South Carolina