# EXHIBIT 1

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| Lakeshia Butler, as Personal Representative of the Estate of Lason J. Butler, | ) ) ) ) | C/A No. 8:22-cv-02541-RMG |
| Plaintiff, | ) ) ) | **PETITION FOR APPROVAL OF SETTLEMENT (SURVIVAL AND WRONGFUL DEATH ACTION)** |
| v. | ) ) ) | |
| Richland County, et al, | ) ) ) | |
| Defendants. | ) ) | |

Petitioner, Lakeshia Butler, as Personal Representative of the Estate of Lason Butler, ("Petitioners"), by and through their undersigned counsel, respectfully show unto the Court the following:

1. That Petitioner is a resident of South Carolina.

2. That she is the duly appointed and qualified Personal Representative of the Estate of Lason Butler (Decedent) pursuant to Order of the Honorable Amy W. McCullough, Probate Judge for Richland County, case number 2022 ES40 01414, dated July 14, 2022.

3. That on February 12, 2022, the Decedent suffered death due to dehydration while a detainee at Alvin S. Glenn Detention Center in Richland County, South Carolina.

4. That there exists among the parties a contest and controversy concerning liability for this death, which is in good faith, but which the parties have agreed to resolve upon terms appearing fair and reasonable in light of all attending circumstances.

5. That, subject to approval by the Court, an agreement has been reached between the parties to settle this matter, which has arisen under the South Carolina Wrongful Death

Statute (§15-51-10, *et seq.*, of the 1976 Code, as amended), due to injuries to the Decedent.

6. That Petitioner has agreed to release the Defendants from legal claims against them in exchange for the total amount of $3,800,000.00. This will come in two payments with the first in the amount of $3,400,000.00 to be paid immediately upon approval of this settlement and the second payment of $400,000 to be paid prior to January 31, 2027.

7. That the settlement funds are to be paid directly from Defendant Richland County on behalf of all Defendants.

8. That payment of the sum has been conditioned on the execution of a full and final Release of all claims against the Defendants.

9. That by virtue of this Release, all claims against the Defendants are resolved and will be dismissed with prejudice.

10. That pursuant to the agreement between the Petitioner and her legal counsel, Strom Law Firm, LLC, and the Law Offices of Audia Jones, counsel will receive forty percent of the total recovery in the amount of $1,520,000.00, Counsel further incurred costs of $13,857.71, to be paid from the wrongful death portion of the settlement.

11. The breakdown of the settlement is $3,780,000.00 allocated to wrongful death and $20,000.00 towards the survival action.

12. That the Petitioner and her counsel believe the effect of the settlement upon the interest of the person represented by the Petitioner, in her role as Personal Representative of the Estate, to be just and reasonable; and that Petitioner believes that it is for the best interests of the Estate, herself, and the other heirs, survivors, beneficiaries, and/or representatives of the Estate, that the said proposed settlement be consummated.

13. That this Petition is brought pursuant to S.C. Code Ann. § 62-3-715(24), which authorized Petitioner to settle claims for wrongful death on behalf of the Decedent.

14. That the Decedent, Lason Butler, died testate, That Decedent's statutory beneficiaries at law are his mother Lakeisha Butler and his father John Matthews.

WHEREFORE, Petitioner prays that the proposed settlement described herein be approved pursuant to S.C. Code Ann. §§ 15-51-41 and 15-51-42, and that Petitioner be authorized and empowered to execute and deliver such Release and any other documents as may be required to fully effectuate said settlement arising out of the death of Decedent on February 12, 2022.

Respectfully submitted this 5th day of March, 2026.

**STROM LAW FIRM, LLC**

*s/ Bakari T. Sellers*
Bakari T. Sellers (SC Fed. ID No. 11099)
Joseph P. Strom (SC Fed ID No. 4354)
Mario A. Pacella (SC Fed. ID No. 7538)
Amy E. Willbanks (SC Fed. ID No. 13537)
Alexandra Benevento (SC Fed. ID No. 10734)
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
Phone:     (803) 252-4800
Email: bsellers@stromlaw.com
       petestrom@stromlaw.com
       mpacella@stromlaw.com
       awillbanks@stromlaw.com
       abenevento@stromlaw.com

**THE LAW OFFICE OF AUDIA JONES**

*s/ Audia Jones*
Audia Jones
450 Louisiana Street, Suite 400
Houston, TX 77006
Phone: (713) 714-6519
Email: audia@audiajones.com

March 5, 2026
Columbia, South Carolina

I believe this settlement is fair and reasonable and in the best interests of the estate and the statutory beneficiaries.

*Lakeshia Butler*
Lakeshia Butler, Personal Representative of the Estate of Lason Butler

Prepared and Approved By:

s/Bakari T. Sellers
Bakari T. Sellers, Fed. I.D. No. 11099
Strom Law Firm